Pro Se 15 2016

FILED ___ LODGED
___ RECEIVED
JAN 11 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Marlin Giovanni Pickens

Plaintiff(s),

v.

Virginia Mason Franciscan Health Saint Joseph Medical Center, See Attached

Defendant(s).

CASE NO. 3:22-CV-05019 RSM
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(for use only by plaintiffs not in custody)

Jury Trial: ☒ Yes ☐ No

PEC #: TAC0108786

Summons issued over counter 1/11/2022

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Marlin Giovanni Pickens |
| Street Address | 2044 East Gregory Street |
| City and County | Tacoma, Pierce County |
| State and Zip Code | Washington State, 98404 |
| Telephone Number | (253) 785-1201 |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

B.  Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name  See Attached
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
☐ Individual capacity   ☐ Official capacity

Defendant No. 2

Name  See Attached
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
☐ Individual capacity   ☐ Official capacity

Defendant No. 3

Name  See Attached
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
☐ Individual capacity   ☐ Official capacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

| | |
|---|---|
| 1 | Defendant No. 4 |
| 2 | Name  _See Attached_ |
| 3 | Job or Title *(if known)* |
| 4 | Street Address |
| 5 | City and County |
| 6 | State and Zip Code |
| 7 | Telephone Number |
| | ☐ Individual capacity   ☐ Official capacity |

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☐ No    ☐ Yes    If yes, how many? _____

Describe the lawsuit:

_____
_____
_____
_____

Parties to this previous lawsuit:

_____
_____
_____

Plaintiff(s)

_____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2016

_____

_____

Defendant(s)

_____

_____

_____

*(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

Court and name of district:

_____

Docket Number: _____

Assigned Judge: _____

Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

_____

_____

_____

Approximate filing date of lawsuit: _____

Approximate date of disposition: _____

### III. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

Case 3:22-cv-05019-RSM   Document 1   Filed 01/11/22   Page 5 of 8
Pro Se 15 2016

1  *v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may

2  sue federal officials for the violation of certain constitutional rights.

3  A.   Are you bringing suit against *(check all that apply)*:

4  ☐   Federal officials (a *Bivens* claim)

5  ☒   State or local officials (a § 1983 claim)

6  B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or

7  immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are

8  suing under section 1983, what federal constitutional or statutory right(s) do you claim

9  is/are being violated by state or local officials?

10  _Please See Attached_

11  _____

12  _____

13  _____

14  C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional

15  rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are

16  being violated by federal officials?

17  _Please See Attatched_

18  _____

19  _____

20  _____

21  D.   Section 1983 allows defendants to be found liable only when they have acted "under

22  color of any   statute, ordinance, regulation, custom, or usage, of any State or Territory

23  or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983,

24  explain how each defendant acted under color of state or local law.  If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Please See Attached*

### IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

*Please See Attached*

A. Where did the events giving rise to your claim(s) occur?

*Please See Attached - Defendant 1's Facility*

B. What date and approximate time did the events giving rise to your claim(s) occur?

*Please See Attatched*

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*Please See Attatched*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

Please See Attatched

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

Please See Attatched

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 2016

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 11, 2022

Signature of Plaintiff: *Marlin Pickens*

Printed Name of Plaintiff: Marlin Giovanni Pickens

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8