UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLIN GIOVANNI PICKENS,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINA MASON FRANCISCAN HEALTH SAINT JOSEPH MEDICAL CENTER, et al.,<br><br>Defendants. | Case No. C22-5019RSM<br><br>MINUTE ORDER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge.  Plaintiff Pickens has filed several Motions in this case that request relief that is procedurally unavailable or which seek to amend the pleadings in a way that is not permitted by the rules.  The Court will address each in turn:

- Dkt. #12, "Motion to Initiate Discovery Process."  This Motion fails to provide a basis for seeking discovery outside the procedures set forth in the Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement," Dkt. #14.  The parties are to engage in a Rule 26(f) Conference no later than May 25, 2022.  Initial disclosures are due June 1. STRICKEN as moot and contrary to Rule 26(d)(1).

- Dkt. #16, "Motion for Increase in Relief USD…"  This Motion is interpreted by the Court as seeking to amend the Complaint to increase the amount of damages

MINUTE ORDER - 1

sought in the Complaint. The Court does not amend complaints at the request of a plaintiff, instead a plaintiff must make all changes and submit a proposed amended complaint. *See* Rule 15, LCR 15. This way all parties can refer to a single document instead of searching the docket for Court orders that made changes here and there. This Motion is STRICKEN as procedurally improper.

- Dkt. #17, "Motion to Add Federal Violation." This Motion is interpreted by the Court as seeking to amend the Complaint to add claims. The Court does not amend complaints at the request of the plaintiff, instead the plaintiff must make all changes and submit a proposed amended complaint. *See* Rule 15, LCR 15. STRICKEN as procedurally improper.

- Dkt. #23, "Unopposed Motion to Produce Discovery Documents." Plaintiff presents no basis for the Court to believe this is an unopposed Motion. The filing begins with "To: Virginia Mason Franciscan Health (Saint Joseph Medical Center), Defendant of suit." This appears to be written discovery requests directed to a Defendant. Nowhere in this filing does Plaintiff move for relief from the Court. Accordingly, this Motion is STRICKEN as moot and procedurally improper. By filing this on the docket, Defendants have now received a copy. The Court advises Plaintiff to stop filing discovery requests on the docket and to instead send them directly to Defendants. Discovery is to be coordinated between the parties at the Rule 26(f) conference.

- Dkt. #24, "Unopposed Motion to Produce Interrogatories and Admission." Plaintiff presents no basis for the Court to believe this is an unopposed Motion. The filing is actually titled "First Discovery Request to Defendants…" This

MINUTE ORDER - 2

appears to be written discovery requests directed to Defendants. Nowhere in this filing does Plaintiff move for relief from the Court. Accordingly, this Motion is STRICKEN as moot and procedurally improper. By filing this on the docket, Defendants have now received a copy. The Court advises Plaintiff to stop filing discovery requests on the docket and to instead send them directly to Defendants. Discovery is to be coordinated between the parties at the Rule 26(f) conference.

In sum, the Court STRIKES the Motions at Dkts. ## 12, 16, 17, 23, and 24 for violation of the Court rules and as otherwise stated above.

DATED this 17th day of May, 2022.

RAVI SUBRAMANIAN, Clerk

By:     *s/Serge Bodnarchuk*
          Deputy Clerk

MINUTE ORDER - 3