The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| MARLIN GIOVANNI PICKENS,<br><br>　　　　Plaintiff Pro Se,<br><br>　vs.<br><br>VIRGINIA MASON FRANCISCAN HEALTH, SAINT JOSEPH MEDICAL CENTER, TAYLOR KAYE ELDORE, RN, JANE DOE 1, JOHN DOES NO. 1-3, JOHN DOE NO. 4 JACQUES, JOHN DOE NO. 5 DANIEL MURILLO, JOHN DOE NO 6, JENNIFER E. WEITH, RN, REBECCA FULLER, RN, ALLISTER G. C. STONE, DO, JESSICA M. SIMMONS, CHRISTINA MARTIN, CNA, and AMY FAULK, RN,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 3:22-CV-05019-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCLOSURE FROM DEFENDANT VIRGINIA MASON FRANCISCAN HEALTH, ST. JOSEPH MEDICAL CENTER |

　　This matter came before the Honorable Judge Ricardo S. Martinez upon Defendant Allister G.C. Stone's Motion to Compel Disclosure of Medical Records from Defendants Virginia Mason Franciscan Health, St. Joseph Medical Center. The Court having reviewed the records and being otherwise fully aware,

**Order to Expedite Hearing Defendant's Motion to Compel; Proposed Order Granting Defendant's Motion to Compel - 1**

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

IT IS HEREBY ORDERED that

1. Defendant Dr. Stone's Motion to Compel Disclosure is GRANTED.

2. Virginia Mason Franciscan Health, St. Joseph Medical Center will produce a complete copy of all medical records, medical charts, notes, billing statements and any other documents relating to patient Marlin Giovanni Pickens to Dr. Stone's attorneys in the next 21 days.

DATED this 15th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

By: /s/Peter M. Ritchie
Peter M. Ritchie, WSBA #41293
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street, Suite 101
P.O. Box 22680
Yakima, WA  98907-2680
Phone: (509) 575-8500
Fax: (509) 575-4676
Email: ritchie@mftlaw.com
Attorneys for Defendant Allister G.C. Stone

Order to Expedite Hearing Defendant's Motion to Compel; Proposed Order Granting Defendant's Motion to Compel - 2

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500